■ In the Matter of RONALD ENGLERT et al., Appellants, v ZONING BOARD OF APPEALS OF TOWN OF NORTH DANSVILLE et al., Respondents. [916 NYS2d 536]—Appeal from a judgment (denominated order) of the Supreme Court, Livingston County (Robert B. Wiggins, A.J.), entered December 7, 2009 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.